IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DARLENE PEOPLES,

      Appellant,

  v.

      Case No.  5D23-46
      LT Case No. 2017-CA-3340

COMMUNITY REHABILITATION CENTER,
INC.,

      Appellee.
_____/

Decision filed February 28, 2023

Appeal from the Circuit Court
for Duval County,
Eric Roberson, Judge.

Lindsey Lawton, of Lawton Law,
PLLC, Tallahassee, for Appellant.

John Daniel Webb, of John D.
Webb, P.A., Jacksonville, for
Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., WALLIS and SOUD, JJ., concur.